IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE C. DE ARCOS GAMA,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHN R. PEKAS and AAA COLLECTIONS MIDWEST, INC. d/b/a AAA Collections Inc.,<br><br>          Defendants. | CASE NO. 8:14CV177<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation of Case Dismissal with Prejudice (Filing No. 12). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court finds that it should be approved. The above-captioned action should be dismissed on its merits with prejudice. The parties will bear their own costs. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation of Case Dismissal with Prejudice (Filing No. 12) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The parties will bear their own costs.

Dated this 24th day of September, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge